FILED
2009 Oct-29  AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONALD BILLUPS,** | } |
| Plaintiff, | } |
| v. | } CASE NO. 2:09-cv-1092-SLB |
| **VALENTINE & KEBARTAS, INC.,** | } |
| Defendant. | } |

## ORDER

The court has been advised by counsel for defendant that this case has settled. It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case upon good cause shown within sixty (60) days, or to submit a stipulated form of final judgment within sixty (60) days. The court retains jurisdiction to enforce any settlement the parties have reached.

**DONE**, this 29th day of October, 2009.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE